**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| **IN RE:** | **BANKRUPTCY NO. 17-13136** |
|---|---|
| **AMY RUTH DIETRICH** | |
| **DEBTOR** | **CHAPTER NO. 13** |

## CERTIFICATE OF SERVICE

I Shawn J. Lau of Lau & Associates P.C. do hereby certify that I served a true and correct copy of the Debtor's Amended Schedule A and Amended Summary of Schedules via electronic means and/or first class mail on this 6th day of December 2017 upon the following parties:

Chapter 13 Trustee
Frederick Reigle
2901 St. Lawrence Avenue
Reading, PA 19606

**Lau & Associates, P.C.**
/s/ Shawn J. Lau
Shawn J. Lau. Esq.
4228 St. Lawrence Avenue
Reading PA 19606
610-370-2000 Phone
610-370-0700 Fax