**Shawn J. Lau, Esquire**
**Lau & Associates, P.C.**
**Attorney for Debtor**
**4228 St. Lawrence Avenue**
**Reading, PA 19606**
**610-370-2000 phone**
**610-370-0700 fax**
**shawn_lau@msn.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>**AMY RUTH DIETRICH**<br>**DEBTOR** | **BANKRUPTCY NO.  17-13136**<br>**CHAPTER NO. 13** |
|---|---|

**CERTIFICATION OF NO RESPONSE**

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor do hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to the Debtor's Application to Employ United Real Estate Strive 212 and Jennifer Dinatally of United Real Estate Strive 212 as Realtors which was served upon all parties of interest on December 20, 2017.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Application of the Debtor to Employ United Real Estate Strive 212 and Jennifer Dinatally of United Real Estate Strive 212 as Realtors.

**Dated: 12/29/2017**          LAU & ASSOCIATES, P.C.
                               By**: /s/ Shawn J. Lau**
                               Shawn J. Lau, Esquire