**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>**AMY RUTH DIETRICH**<br>**DEBTOR** | **BANKRUPTCY NO. 17-13136**<br>**CHAPTER NO. 13** |
|---|---|

## ORDER

      **AND NOW**, upon consideration of the Debtor's Application to Employ United Real Estate Strive 212 and Jennifer Dinatally of Untied Real Estate Strive 212 as Realtors to be compensated at a rate determined by the Court, it is hereby

      **ORDERED** that the Application to Employ be granted.

      BY THE COURT:

**Date: January 2, 2018**

_____
RICHARD E. FEHLING, J.

Copies to:

Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606

Jennifer Dinatally
United Real Estate Strive 212
4 Park Plaza, Suite 200
Wyomissing, PA 19610

Amy Ruth Dietrich
432 Preston Road
Wernersville, PA 19565