United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Amy Ruth Dietrich  
      Debtor

Case No. 17-13136-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Violet      Page 1 of 1      Date Rcvd: Jan 02, 2018  
                  Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
```
db             +Amy Ruth Dietrich,    432 Preston Road,    Wernersville, PA 19565-9408
r              +Jennifer Dinatally,    United Real Estate Strive 212,    4 Park Plaza,    Suite 200,
                 Wyomissing, PA 19610-1398
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Debtor Amy Ruth Dietrich shawn_lau@msn.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, N.A. et. al.
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>AMY RUTH DIETRICH<br>DEBTOR | BANKRUPTCY NO. 17-13136<br>CHAPTER NO. 13 |
|---|---|

### ORDER

     **AND NOW**, upon consideration of the Debtor's Application to Employ United Real Estate Strive 212 and Jennifer Dinatally of Untied Real Estate Strive 212 as Realtors to be compensated at a rate determined by the Court, it is hereby

     **ORDERED** that the Application to Employ be granted.

BY THE COURT:

**Date: January 2, 2018**

_____
RICHARD E. FEHLING, J.

Copies to:

Shawn J. Lau, Esquire
Lau & Associates, P.C.
4228 St. Lawrence Avenue
Reading, PA 19606

Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606

Jennifer Dinatally
United Real Estate Strive 212
4 Park Plaza, Suite 200
Wyomissing, PA 19610

Amy Ruth Dietrich
432 Preston Road
Wernerseville, PA 19565