# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **Amy Ruth Dietrich** : | |
|       Debtor : | Chapter 13 |
| : | |
| **Amy Ruth Dietrich** : | Bankruptcy No. 17-13136 REF |
|       Movant : | |
|     v. : | |
| : | |
| **JPMorgan Chase Bank, National Association** : | |
|       Respondent : | |

## PRAECIPE TO WITHDRAW THE RESPONSE TO MOTION TO SELL

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Response to Motion to Sell, filed on January 30, 2018, Docket Entry 32.

                Respectfully submitted,

                /s/ Thomas Song, Esquire
                Thomas Song, Esq., Id. No.89834
                Phelan Hallinan Diamond & Jones, LLP
                1617 JFK Boulevard, Suite 1400
                One Penn Center Plaza
                Philadelphia, PA 19103
                Phone Number: 215-563-7000 Ext 31387
                Fax Number: 215-568-7616
                Email: Thomas.Song@phelanhallinan.com

February 5, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| **Amy Ruth Dietrich** : | |
| Debtor : | Chapter 13 |
| : | |
| **Amy Ruth Dietrich** : | Bankruptcy No. 17-13136 REF |
| Movant : | |
| v. : | |
| : | |
| **JPMorgan Chase Bank, National Association** : | |
| Respondent : | |

## CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW THE RESPONSE TO MOTION TO SELL

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Response to Motion to Sell on the parties at the addresses shown below or on the attached list on February 5, 2018.

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA 19606

SHAWN J. LAU, ESQUIRE
4228 ST. LAWRENCE AVE.
READING, PA 19606

AMY DIETRICH
432 PRESTON ROAD
WERNERSVILLE, PA 19565

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

February 5, 2018