# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>AMY RUTH DIETRICH<br>DEBTOR | BANKRUPTCY NO. 17-13136<br>CHAPTER NO. 13 |
|---|---|

## CERTIFICATE OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for Debtor, Amy Ruth Dietrich do hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to the Motion to Sell Real Estate located at 432 Preston Road, Wernersville 19565, Berks County, Pennsylvania, Free and Clear of Liens and Encumbrances, and to Permit Distribution of Sale Proceeds which was served on all parties on January 23, 2018.

Date: February 9, 2018

*/s/Shawn J. Lau*
Shawn J. Lau, Esquire
Attorney for Plaintiffs
4228 St. Lawrence Avenue
Reading, PA 19606
610-370-2000
610-370-0700 FAX