# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: <br> AMY RUTH DIETRICH <br> DEBTOR | BANKRUPTCY NO. 17-13136 <br><br> CHAPTER NO. 13 |
|---|---|

## CERTIFICATE OF SERVICE

      I Shawn J. Lau of Lau & Associates P.C. do hereby certify that I served a true and correct copy of the Debtor's Amended Schedule I, Amended Schedule J and Amended Summary of Schedules via electronic means and/or first class mail on this 23rd day of March 2018 upon the following parties:

Chapter 13 Trustee
Frederick Reigle
2901 St. Lawrence Avenue
Reading, PA 19606

                                      **Lau & Associates, P.C.**
                                      /s/ Shawn J. Lau
                                      Shawn J. Lau. Esq.
                                      4228 St. Lawrence Avenue
                                      Reading PA 19606
                                      610-370-2000 Phone
                                      610-370-0700 Fax