# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EPA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy Ruth Dietrich aka Amy R. Dietrich, aka Amy R. Byers, aka Amy R. Goodrow, aka Amy R. Katora, aka Amy R. Jeffries<br>　　　　　　　Debtors | CHAPTER 13 |
| M&T BANK S/B/M WITH MANUFACTURERS & TRADERS TRUST COMPANY, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs. | NO. 17-13136 REF |
| Amy Ruth Dietrich aka Amy R. Dietrich, aka Amy R. Byers, aka Amy R. Goodrow, aka Amy R. Katora, aka Amy R. Jeffries<br>　　　　　　　Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of M&T BANK S/B/M WITH MANUFACTURERS & TRADERS TRUST COMPANY, which was filed with the Court on or about October 24, 2017 Document No.16.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　kmdconald@kmllawgroup.com
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

March 29, 2018