| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-13136-PMM**

AMY RUTH DIETRICH
704 HOLLAND SQUARE
WEST READING  PA     19611

Petition Filed Date: 05/02/2017
341 Hearing Date: 07/18/2017
Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $165.00 | | 02/06/2020 | $165.00 | | 03/09/2020 | $165.00 | |
| 03/30/2020 | $165.00 | | 04/22/2020 | $165.00 | | 05/06/2020 | $165.00 | |
| 06/05/2020 | $165.00 | | 07/07/2020 | $165.00 | | 08/07/2020 | $165.00 | |
| 09/08/2020 | $165.00 | | 10/07/2020 | $165.00 | | 11/04/2020 | $165.00 | |
| 12/07/2020 | $165.00 | | 01/08/2021 | $165.00 | | 02/09/2021 | $165.00 | |
| 03/08/2021 | $165.00 | | 04/08/2021 | $165.00 | | 05/10/2021 | $165.00 | |

**Total Receipts for the Period: $2,970.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,195.71**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ABSOLUTE RESOLUTIONS VI LLC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXP CENTURION BANK<br>»»  002 | Unsecured Creditors | $4,508.06 | $553.03 | $3,955.03 |
| 3 | BANK OF AMERICA NA<br>»»  003 | Unsecured Creditors | $4,616.30 | $566.28 | $4,050.02 |
| 4 | CAVALRY INVESTMENTS LLC<br>»»  004 | Unsecured Creditors | $4,510.38 | $553.29 | $3,957.09 |
| 5 | JP MORGAN CHASE BANK NA<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | M&T BANK<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $1,869.52 | $229.32 | $1,640.20 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $5,567.85 | $683.02 | $4,884.83 |
| 9 | SHAWN J LAU ESQ<br>»»  009 | Attorney Fees | $4,001.31 | $4,001.31 | $0.00 |

**Chapter 13 Case No. 17-13136-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,195.71 | Current Monthly Payment: | $160.63 |
| Paid to Claims: | $6,586.25 | Arrearages: | $68.86 |
| Paid to Trustee: | $609.46 | Total Plan Base: | $9,031.50 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.