United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Amy Ruth Dietrich  
    Debtor

Case No. 17-13136-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: May 19, 2022 | Form ID: 234 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Amy Ruth Dietrich, 704 Holland Square, West Reading, PA 19611-1032 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Debtor Amy Ruth Dietrich shawn_lau@msn.com  g61705@notify.cincompass.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 19, 2022 | Form ID: 234 | Total Noticed: 1

THOMAS SONG
    on behalf of Creditor JPMorgan Chase Bank  N.A. et. al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Amy Ruth Dietrich
        Debtor(s)

Case No:17−13136−pmm
Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**


For The Court


Timothy McGrath,
Clerk of Court

Date: 5/19/22