United States Bankruptcy Court

Eastern District of Pennsylvania

In re:             Case No. 17-13136-pmm

Amy Ruth Dietrich             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4             User: admin             Page 1 of 3

Date Rcvd: Jun 14, 2022             Form ID: 138OBJ             Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Ruth Dietrich, 222 Playground Drive, West Reading, PA 19611-1524 |
| 13923311 | | JPMorgan Chase Bank, N.A., c/o Thomas Song, Esq., 1617 JFK Boulevard, Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13911890 | + | KML Law Group, Suite 5000 - BNY Mellon Indep. Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14086108 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 13911893 | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, 80 Holtz Drive, Buffalo, NY 14225 |
| 13911896 | + | Scott L. Dietrich, 432 Preston Road, Wernersville, PA 19565-9408 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 15 2022 00:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 15 2022 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13911880 | | Email/Text: signed.order@pfwattorneys.com | Jun 15 2022 00:24:00 | Absolute Resolutions VI, LLC, c/o Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 13961518 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:28:35 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13911881 | + | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:28:35 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13911882 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 00:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13965458 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 15 2022 00:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13911883 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 00:24:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 13985617 | + | Email/Text: bankruptcy@cavps.com | Jun 15 2022 00:24:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13911887 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:38:59 | Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13911888 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:38:56 | Citibank/Sears, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13911889 | + | Email/Text: crdept@na.firstsource.com | Jun 15 2022 00:24:00 | First Source Advantage, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 13911885 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:28:42 | Chase Card, Attn: Correspondence Dept, Po Box |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | |
|---|---|---|---|
| 13911884 | Email/PDF: ais.chase.ebn@aisinfo.com | | 15298, Wilmington, DE 19850 |
| | | Jun 15 2022 00:28:38 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13911886 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:28:38 | Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219 |
| 13985984 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:28:38 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13911891 + | Email/Text: ebn@ltdfin.com | Jun 15 2022 00:24:00 | LTD Financial Services LP, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 13911892 | Email/Text: camanagement@mtb.com | Jun 15 2022 00:24:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 14048473 | Email/Text: camanagement@mtb.com | Jun 15 2022 00:24:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 13911895 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:28:35 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 13911894 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:28:42 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13995546 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:28:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13911897 | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 15 2022 00:24:00 | Sunrise Credit Services, PO BOX 9100, Farmingdale, NY 11735-9100 |
| 13911898 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 15 2022 00:24:00 | World Financial Network Bank, P.O. Box 182124, Columbus, OH 43218-2124 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 14, 2022 | Form ID: 138OBJ | Total Noticed: 30 |

    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Debtor Amy Ruth Dietrich shawn_lau@msn.com g61705@notify.cincompass.com

THOMAS SONG
    on behalf of Creditor JPMorgan Chase Bank N.A. et. al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Amy Ruth Dietrich

      Debtor(s)

Case No: 17−13136−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/14/22

                                        69 − 60
                                   Form 138OBJ